IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL D. HOPE, II,

    Petitioner,

vs.                                           CASE NO. 3:03cv524-RS

JAMES V. CROSBY,

    Respondent.
_____/

## ORDER

    Before the court is the magistrate judge's Report and Recommendation (Doc. 16). Petitioner has not filed objections.

**IT IS ORDERED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Petitioner's Petition for Writ of Habeas Corpus is denied.

3.     The clerk is directed to close the file.

ORDERED on February 7, 2006.

                                                    **/S/ Richard Smoak**
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**